UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEHO COLLISION CENTER, INC.; and BENITO NAVARRO, as an individual and on behalf of the ESTATE OF VALENTINA NAVARRO;<br><br>　　　　Defendants. | Case No. 2:23-cv-10612-HDV (JPRx)<br><br>Hon. Hernán D. Vera<br>Courtroom 5B<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Complaint Filed:　December 19, 2023<br>FAC Filed:　　　　May 28, 2024 |

# JUDGMENT

On June 10, 2025, this Court granted plaintiff Travelers Casualty Insurance Company of America ("Travelers") terminating sanctions against both defendants WEHO Collision Center ("WEHO") and Benito Navarro ("Navarro"). (ECF No. 59.)

Consistent with that order, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Final judgment is hereby entered in favor of plaintiff Travelers and against defendants WEHO and Navarro.

2. The Court hereby declares that Navarro was an employee of WEHO at the time of the January 14, 2021 accident in which Navarro allegedly sustained bodily injuries on WEHO's premises (the "Accident");

3. The Court further declares that the Commercial General Liability insurance policy, no. 680-0R886217, that Travelers issued to WEHO (the "Policy") does not provide, and instead excludes, liability coverage for bodily injuries to employees of WEHO or individuals whom WEHO was required to insure under workers' compensation laws;

4. The Court also declares that, because Navarro was an employee of WEHO at the time of the Accident, WEHO is not entitled to coverage under the Policy with respect to (i) the Accident, (ii) the bodily injury claim that Navarro thereafter presented against WEHO (the "Claim"), or (iii) the personal injury lawsuit that Navarro filed in Los Angeles County Superior Court, titled *Benito Navarro, et al., v. WEHO Collision Center*, Case No. 23STCV00701 (the "Underlying Lawsuit");

5. The Court further declares that Travelers has no duty to defend or indemnify WEHO in connection with the Accident, the Claim, or the Underlying Lawsuit;

6. Within 21 days of entry of this judgment, counsel of record for Navarro (Gohar Sogomonyan) is ordered to pay Travelers $20,000 in monetary sanctions (see ECF No. 59) plus the $14,957 in previously awarded monetary sanctions (see ECF No. 51) to the extent they have not yet been paid, for a total amount of $34,957 in sanctions;

7. Travelers is awarded its costs in an amount to be determined pursuant to any timely-filed memorandum of costs.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated:  6/18/25

Hon. Hernán D. Vera
United States District Judge